

FILED
CLERK, U.S. DISTRICT COURT

MAY 15 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jose Alfredo Gradilla Cuevas DEFENDANT(S). | CASE NUMBER SA18-251M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __May 16__, __2018__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Karen E. Scott__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/15/18__

_____
U.S. District Judge/Magistrate Judge
**KAREN E. SCOTT**